Electronically Filed
1/15/2026 2:47 PM
Hidalgo County District Clerks
Reviewed By: Armando Cantu

CAUSE NO. C-0224-26-J

| | | |
|---|---|---|
| **JESUS SERRATO,**<br>**Plaintiff** | § | **IN THE DISTRICT COURT** |
| | § | |
| | § | |
| **vs.** | § | **______ JUDICIAL DISTRICT** |
| | § | |
| **WAL-MART STORES TEXAS, LLC,**<br>**Defendant** | § | |
| | § | **HIDALGO COUNTY, TEXAS** |

# PLAINTIFF'S ORIGINAL PETITION

**TO THE HONORABLE JUDGE OF SAID COURT:**

**NOW COMES JESUS SERRATO** ("Plaintiff") and files his original petition complaining of and about **WAL-MART STORES TEXAS, LLC**, and for cause of action would show unto the Court the following:

## DISCOVERY CONTROL PLAN LEVEL

1. Plaintiff intends that discovery be conducted under Discovery Level 3, because Plaintiff seeks monetary relief of over $1,000,000.00.

## PARTIES

2. Plaintiff is an individual who is a resident of Hidalgo County, Texas

3. Defendant **WAL-MART STORES TEXAS, LLC** ("Defendant"), a foreign corporation authorized to do business in the State of Texas, with a registered address at 1 Customer Dr., Bentonville, AR 72716, may be served by serving its registered agent CT Corporation System at 1999 Bryan St., Ste. 900, Dallas, TX 75201-3136. Service of said Defendant as described above will be done by certified mail, return receipt requested.

## JURISDICTION AND VENUE

4. The subject matter in controversy is within the jurisdictional limits of this court.

5. Venue in Hidalgo County is proper in this cause under §15.002(a)(1) of the Texas Civil Practice and Remedies Code because all or a substantial part of the events or omissions giving rise to this lawsuit occurred in this county.

## FACTS

6. On July 24, 2024, Plaintiff was shopping at the Wal-Mart located at 2812 S. Expressway 281 in Edinburg, Hidalgo County, Texas when a Wal-Mart employee, while standing on a ladder, dropped a large plastic ice chest on Plaintiff's back and head, causing Plaintiff to fall to his

**EXHIBIT D-1**

Electronically Filed
1/15/2026 2:47 PM
Hidalgo County District Clerks
Reviewed By: Armando Cantu



knees as Plaintiff shopped for soft drinks. The following picture shows the general area where the subject incident occurred:




Plaintiff felt severe pain after getting struck in the back and head by the dropped large plastic ice chest.

7. As a result of getting struck by the large plastic ice chest that was dropped on Plaintiff by Defendant's employee, Plaintiff sustained severe injuries to his head, neck, mid back, lower back, both knees, and other areas of his body.

8. Plaintiff entered Defendant's premises for the purpose of purchasing items from the Defendant. Plaintiff entered onto Defendant's property at the invitation of Defendant to engage in the act of shopping and for the benefit of Defendant.

9. During the time that Plaintiff was upon Defendant's property, Plaintiff was injured as a result of the contemporaneous, negligent activity of Defendant's employee.

10. Plaintiff's injuries occurred as a direct result of getting struck in the back and head by the dropped large plastic ice chest that was proximately caused by the contemporaneous and negligent activity of Defendant's employee.

**PLAINTIFF'S CLAIMS OF**
**<u>NEGLIGENCE AGAINST DEFENDANT</u>**

11. At all times mentioned herein, Defendant owned the property in question, located at

Electronically Filed
1/15/2026 2:47 PM
Hidalgo County District Clerks
Reviewed By: Armando Cantu



2812 S. Expressway 281 in Edinburg, Hidalgo County, Texas.

12. At all times mentioned herein, Defendant had such control over the premises in question that Defendant owed certain duties to Plaintiff, the breach of which proximately caused the injuries set forth herein.

13. Defendant was negligent in the hiring, training, supervision and/or retention of its employee who dropped the large plastic ice chest on Plaintiff.

16. Each and every, all and singular of the foregoing acts and omissions, on the part of Defendant, taken separately and/or collectively, constitute a direct and proximate cause of the injuries and damages suffered by Plaintiff.

**RESPONDEAT SUPERIOR CLAIM**

17. At the time Defendant's employee dropped the large plastic ice chest on Plaintiff, said employee was acting in the course and scope of his employment with Defendant. As such, Defendant is vicariously liable for the negligence of its employee.

**DAMAGES**

18. As a direct and proximate result of the occurrence made the basis of this lawsuit, and Defendant's acts as described herein, Plaintiff was caused to suffer, and to endure anxiety, pain, and suffering resulting in damages more fully set forth below.

19. As a direct and proximate result of the occurrence made the basis of this lawsuit, Plaintiff has incurred the following damages:

a. Reasonable medical care and expenses in the past.
b. Reasonable and necessary medical care and expenses which will, in all reasonable probability, be incurred in the future;
c. Mental anguish in the past (however with respect to mental anguish damages Plaintiff only asserts mental loss for the common emotional reaction to an injury);
d. Mental anguish in the future;
e. Physical pain and suffering in the future; and
f. Physical pain and suffering in the past.

20. All of the above-listed damages were proximately caused by the negligent actions and or omissions of the Defendant named herein.

**AFFIRMATIVE PLEAS**

21. Plaintiff demands a trial by jury.

22. This case is not removable to federal court.

23. All conditions precedent have occurred or are satisfied.

Electronically Filed
1/15/2026 2:47 PM
Hidalgo County District Clerks
Reviewed By: Armando Cantu

C-0224-26-J

## DISCLOSURES

Under Texas Rules of Civil Procedure 194, Plaintiff hereby places Defendant on notice that a party ***must***, without awaiting a discovery request, provide the information or material described in: (1) TRCP 194.2, at or within 30 days after the filing of the first answer; (2) testifying expert information referenced in TRCP 194.3, as provided by TRCP 195; and (3) at least 30 days before trial, pretrial disclosures in TRCP 194.4.

## PRAYER FOR RELIEF

Plaintiff requests that Defendant be cited to appear and answer, and that this case be tried after which Plaintiff recovers judgment against Defendant for a sum within the jurisdictional limits of this Court for all actual damages, both past and future, as indicated above; pre-judgment and post-judgment interest at the maximum amount allowed by law; and such other and further relief to which Plaintiff may be justly entitled.

Respectfully submitted,

**HECTOR L. RODRIGUEZ LAW FIRM, PLLC**
511 West University Drive
Edinburg, TX 78539
Phone: 956-380-1421
Fax: 956-380-2920
Email: Hectorlawfirm@gmail.com

**Hector L. Rodriguez**
State Bar No. 00791555

Co-counsel:

**Raul "Rudy" Rodriguez**
State Bar No. 17148380
Raul Rodriguez, P.C.
511 West University Drive
Edinburg, TX 78539
Phone: 956-380-1421
Fax: 956-380-2920
Email: anointed511@gmail.com

**ATTORNEYS FOR PLAINTIFF**

## PLAINTIFF HEREBY REQUESTS A TRIAL BY JURY

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Hector Rodriguez on behalf of Hector Leal Rodriguez
Bar No. 791555
Hectorlawfirm@gmail.com
Envelope ID: 110103721
Filing Code Description: Petition
Filing Description:
Status as of 1/15/2026 3:14 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Raul "Rudy"Rodriguez | | Anointed511@gmail.com | 1/15/2026 2:47:44 PM | SENT |
| Hector LRodriguez | | hectorlawfirm@gmail.com | 1/15/2026 2:47:44 PM | SENT |
| Alma Cantu | | Alma.hlrlawfirm@gmail.com | 1/15/2026 2:47:44 PM | SENT |

**C-0224-26-J**
**430TH DISTRICT COURT, HIDALGO COUNTY, TEXAS**

---

**CITATION**

---

**THE STATE TEXAS**

**NOTICE TO DEFENDANT**: You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty (20) days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

**REGISTERED AGENT CT CORPORATION SYSTEM**
**WAL-MART STORES TEXAS, LLC**
**1999 BRYAN ST., STE. 900**
**DALLAS, TX 75201-3136**

You are hereby commanded to appear by filing a written answer to the PLAINTIFF'S ORIGINAL PETITION at or before 10:00 o'clock a.m on the Monday next after the expiration of twenty (20) days after the date of service hereof, before the Honorable 430th District Court of Hidalgo County, Texas at the Courthouse, 100 North Closner, Edinburg, Texas 78539.

Said Petition was filed on this the 15th day of January, 2026 and a copy of same accompanies this citation. The file number and style of said suit being, **C-0224-26-J, JESUS SERRATO VS. WAL-MART STORES TEXAS, LLC**

Said Petition was filed in said court by Attorney HECTOR L. RODRIGUEZ, 511 West University Drive Edinburg TX 78539.

The nature of the demand is fully shown by a true and correct copy of the petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

**ISSUED AND GIVEN UNDER MY HAND AND SEAL** of said Court at Edinburg, Texas on this the 16th day of January, 2026.

**LAURA HINOJOSA, DISTRICT CLERK**
**100 N. CLOSNER, EDINBURG, TEXAS**
**HIDALGO COUNTY, TEXAS**

DISTRICT COURT, HIDALGO COUNTY

**AISSA SEGOVIA DEPUTY CLERK**

**CERTIFIED MAIL 9214 8901 0661 5400 0214 9515 83**

**CERTIFICATE OF RETURN**
**UNDER RULES 103 T.R.C.P.**

This is to certify that on this the 16th day of January, 2026 I, Aissa Segovia, Deputy Clerk of the 430th District Court of Hidalgo County, Texas mailed to the defendant in Cause Number C-0224-26-J, Jesus Serrato VS. Wal-Mart Stores Texas, LLC a copy of the citation along with a copy of the petition by certified mail return receipt requested. Return receipt was returned on the ____ day of ____________, 201___ (or unserved for the reason on the certificate return) ________________________.

**GIVEN UNDER MY HAND AND SEAL OF SAID COURT**, at office in Edinburg, Texas on this the 16th day of January, 2026.

**LAURA HINOJOSA, DISTRICT CLERK**
**HIDALGO COUNTY, TEXAS**

__________________________________
**AISSA SEGOVIA, DEPUTY CLERK**

**COMPLETE IF YOU ARE PERSON OTHER THAN A SHERIFF,**
**CONSTABLE OR CLERK OF THE COURT**

In accordance to Rule 107, the officer or authorized person who serves or attempts to serve a citation must sign the return. If the return is signed by a person other than a sheriff, constable or the clerk of the court, the return must either be verified or be signed under the penalty of perjury. A return signed under penalty of perjury must contain the statement below in substantially the following form:

"My name is ________________________________, my date of birth is ______________ and the address is _________________________________, and I declare under penalty of perjury that the foregoing is true and correct.

**EXECUTED** in ________County, State of Texas, on the _____ day of ___________, 20_____.

____________________________
**Declarant"**

______________________________
**If Certified by the Supreme Court of Texas**
**Date of Expiration / SCH Number**